IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEWAYNE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 36 |
| | ) | |
| v. | ) | HON. MATTHEW KENNELLY |
| | ) | Judge Presiding |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| Chicago Police Officer, F.L MICELI #10297 | ) | MAG. JUDGE SCHENKIER |
| Chicago Police Officer; R. MARTINEZ #15547 | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF AGREED MOTION

TO:  Katie Ehrmin                          Dave Seery [via inter-office]
     Law Offices Jeffrey Granich           Assistant Corporation Counsel
     53 W. Jackson Blvd., Suite 840        30 n. LaSalle, Suite 1020
     Chicago, Illinois  60604              Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is herewith served upon you.

**PLEASE TAKE NOTICE** that on February 20th, 200, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Matthew Kennelly, or whomever shall be sitting in his stead, in Room 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

**DATED** at Chicago, Illinois this 14th day of February, 2008.

                                        Respectfully submitted,

                                        /s/ *Thomas H. Freitag*
                                        THOMAS H. FREITAG
                                        Assistant Corporation Counsel
                                        30 North LaSalle Street, Suite 1400
                                        Chicago, IL  60602
                                        (312) 742-7391
                                        Atty. No. 6272245

1

## CERTIFICATE OF SERVICE

      The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF AGREED MOTION** and **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** was served upon the above-named at the above addresses by U.S. Mail on the 14th day of February, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

                                           */s/ Thomas H. Freitag*
                                           THOMAS H. FREITAG
                                           Asst. Corporation Counsel