# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 36 | **DATE** | 2/20/2008 |
| **CASE TITLE** |  | Dewayne Thomas vs. City of Chicago | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion for enlargement of time is granted. Response to complaint is to be filed by 3/17/08. Initial status remains set for 3/7/08 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|