UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEWAYNE THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 08 CV 36 |
| ) | |
| CITY OF CHICAGO, ILLINOIS, and ) | JUDGE KENNELLY |
| CHICAGO POLICE OFFICER ) | MAGISTRATE JUDGE SCHENKIER |
| F. L. MICELI, Star No. 10297, and ) | |
| CHICAGO POLICE OFFICER ) | |
| R. MARTINEZ, Star No. 15547, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING and CERTIFICATE OF SERVICE**

TO:	Katie Ehrmin	Bhairav Radia
	Law Offices Jeffrey Granich	Assistant Corporation Counsel
	53 W. Jackson Blvd., Suite 840	30 n. LaSalle, Suite 1020
	Chicago, Illinois  60604	Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT MICELI AND MARTINEZ'S ANSWER, AFFIRMATIVE DEFENSES, 12(B)(6) DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which was served upon you using the Court's Electronic Filing System which sends notification of such filing to the attorneys of record in this case.

I hereby certify that on Monday, March 17, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system which sends notification of such filing to the attorneys of record in this case.

**DATED** at Chicago, Illinois this 17th day of March, 2008.

Respectfully Submitted,

30 North La Salle St. #1400	BY:	/s/ *Thomas Freitag*
Chicago, Illinois 60602		THOMAS H. FREITAG
(312) 742-7391		Assistant Corporation Counsel
Attorney Number 6272245