# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 36 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Dewayne Thomas vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendant City of Chicago's unopposed motion for extension of time is granted.  Response to complaint is to be filed by 3/31/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|