# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 36 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Thomas vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Settlement conference held with plaintiff and attorneys for all parties present. Settlement is reached. Status hearing set for 5/22/08 at 9:30 a.m. for the purpose of entry of a final order disposing of the case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|