IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| DEWAYNE THOMAS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08 C 36 |
| CHICAGO POLICE OFFICERS F. MICELI, # 10296; R. MARTINEZ, # 15547; and the CITY OF CHICAGO, | ) Judge Matthew F. Kennelly |
| | ) Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jeffrey B. Granich
Attorney for plaintiff,
Dewayne Thomas
Law Office of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 06207030
DATE: 5/21/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _A.C. Kosztya_____
Ashley Kosztya
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922
Attorney No. 6274884
DATE: May 19, 2008

FRANK MICELI, and
RAFEAL MARTINEZ,
BY: _____
Thomas Freitag
Assistant Corporation Counsel
Attorney for defendants,
Frank Miceli and Rafael Martinez

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-7391
Attorney No. 06272245
DATE: _May 19, 2008_