IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEWAYNE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 36 |
| | ) | |
| CHICAGO POLICE OFFICERS F. MICELI, # 10296; R. MARTINEZ, # 15547; and the CITY OF CHICAGO, | ) ) ) | Judge Matthew F. Kennelly |
| | ) | Magistrate Judge Sidney I. Schenikier |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Dewayne Thomas, by one of his attorneys, Jeffrey B. Granich, and defendants, Frank Miceli and Rafael Martinez, by one of their attorneys, Thomas Freitag, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Dewayne Thomas, against defendants, City of Chicago, Frank Miceli and Rafael Martinez, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Thomas Freitag
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 742-7391
Attorney No. 06272245

ENTER: _____
The Honorable Matthew F. Kennelly
United States District Judge

DATED: July 3, 2008